468 A.2d 858

Murray et ux. v. Abcon, Inc., Etc., Appellant.

Argued September 7, 1983. Thomas E. Waters, Jr., for appellant; Daniel M. Haug, for appellees.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Final decree affirmed.